## 2004 ME 156

### STATE of Maine

v.

### Ghe J. GRIP.

Supreme Judicial Court of Maine.

Submitted on Briefs: Dec. 8, 2004.

Decided: Dec. 20, 2004.

Evert N. Fowle, District Attorney, Brad C. Grant, Asst. Dist. Atty., Augusta, for State.

Ghe J. Grip, Warren, for defendant.

Panel: SAUFLEY, C.J., and CLIFFORD, ALEXANDER, and CALKINS, JJ.

SAUFLEY, C.J.

[¶ 1] Ghe J. Grip appeals from the denial of his motion to compel compliance with 17–A M.R.S.A. § 1253(2) (Supp. 2004) by the Superior Court (Kennebec County, *Marden, J.*), arguing that he is entitled to more credit for pre-and post-trial detention time than the State certified. Contrary to his contention, and as we stated in *State v. Crawford*, we will not address the merits of a motion to enforce credit for time served that is brought outside post-conviction review proceedings. 2002 ME 113, ¶ 7, 801 A.2d 1002, 1004.

The entry is:

Judgment affirmed.